**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DANNY EDWARDS,**
               **Plaintiff,**

**-vs-**                                                             **Case No.  6:05-cv-338-Orl-DAB**

**J.C. PENNEY CORPORATION, INC.,**
**JOHNSON CONTROLS, INC.,**
               **Defendant.**

_____

### ORDER TO STRIKE

The parties have filed several documents that do not comply with the requirements of either the Federal Rules of Civil Procedure or the Local Rules of the Middle District of Florida. Specifically, the federal and local rules prohibit the filing of discovery notices or responses until they are to be used in the proceeding.  *See* Rule 5(d), F.R. Civ. P., Local Rule 3.03.  Therefore, Doc. No. 29 (Notice of Serving Interrogatories), Doc. No. 30 (Notice of taking deposition); and Doc. No. 31 (Notice of First Interrogatories) are **ORDERED** stricken and the Clerk is directed to delete the documents.  Additionally, any responses required to be filed because of the deleted documents will not be required and will also be stricken and deleted.

This is not the first time the Court has had to strike improperly filed documents in this case. The Court reminds *all* counsel that this action is governed by the *federal* rules of civil procedure, as well as the local rules of this Court.  Further improper filings will subject the filer to sanction.

DATED:       This 27th day of June, 2005 in Orlando, Florida.

                                                        *David A. Baker*
                                                     DAVID A. BAKER
                                        UNITED STATES MAGISTRATE JUDGE